HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
MAURICE P. HACKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00034 AWI-BAM-1 |
|---|---|---|
| *Plaintiff*, | ) ) ) | STIPULATION AND ORDER TO VACATE MOTION HEARINGS AND JURY TRIAL AND SET FOR CHANGE OF PLEA |
| vs. | ) ) | |
| MAURICE P. HACKETT, | ) ) | DATE:   June 16, 2014 TIME:    1:30 p.m. |
| *Defendant*. | ) ) ) | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender, Marc Days, Counsel for Defendant, Maurice Hackett, that **the Motion to Suppress hearing, the Trial Confirmation/Motions in Limine hearing and Jury Trial currently set for April 14, 2014, and June 24, 2014, respectively, may be vacated and the matter be set for Change of Plea on June 16, 2014, at 1:30 p.m.**

The basis for this request is that there has been substantial progress made toward resolution and the parties anticipate there will be a resolution.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein

///

///

for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: April 4, 2014          /s/ *Melanie Alsworth*
                                MELANIE LEIGH ALSWORTH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: April 4, 2014          /s/ *Marc Days*
                                MARC DAYS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                MAURICE HACKETT

**O R D E R**

    For the reasons set forth above, this request is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   April 4, 2014                                            
                                              SENIOR DISTRICT JUDGE