1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MARC DAYS, #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  MAURICE PHARON HACKETT

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) Case No.  1:13-cr-00034-AWI-BAM
                                   )
12 |         *Plaintiff,*            ) STIPULATION AND ORDER TO ADVANCE
                                   ) SENTENCING
13 |     vs.                        )
                                   ) DATE:  January 12, 2015
14 | MAURICE PHARON HACKETT,         ) TIME:   10:00 a.m.
                                   ) JUDGE: Hon. Anthony W. Ishii
15                                  )
                                   )
16 |         *Defendants.*           )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Sentencing Hearing in the above-captioned

19 matter now scheduled for January 26, 2015, at 10:00 a.m., before Honorable Anthony W. Ishii,

20 **may be vacated and the matter advanced to January 12, 2015 at 10:00 a.m., before the Hon.**

21 **Anthony W. Ishii.**

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  January 6, 2015 | /s/ Melanie L. Alsworth<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  January 6, 2015 | /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MAURICE PHARON HACKETT |

**O R D E R**

IT IS SO ORDERED.

Dated:   January 6, 2015

_____
SENIOR  DISTRICT  JUDGE